Case 2:11-cr-00141-FVS    Document 51    Filed 09/23/15

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| TAWNY M. RHODES ) | Case No: CR-11-141-FVS |
| ) | USM No: 09237-085 |
| Date of Original Judgment: 03/13/2012 ) | |
| Date of Previous Amended Judgment: ) | Andrea K. George |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  92  months **is reduced to**  84  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/13/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  09/23/2015

*/s/ Fred Van Sickle*
*Judge's signature*

Effective Date:  11/01/2015         The Honorable Fred L. Van Sickle   Senior Judge, U.S. District Court
*(if different from order date)*                  *Printed name and title*