PROB 12C
(6/16)

Report Date: December 13, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tawny M. Rhodes | Case Number: 0980 2:11CR00141-FVS-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: March 8, 2012

Original Offense:   Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(B)(i)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 92 months<br>TSR - 24 months | Type of Supervision: Supervised Release | |
| Resentence:<br>(09/23/2015) | Prison - 84 months<br>TSR - 24 months | | |
| Asst. U.S. Attorney: | Joseph H Harrington | Date Supervision Commenced: March 27, 2018 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 26, 2023 | |

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #6:** The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence:** On November 30, 2018, Ms. Rhodes was questioned regarding her employment at Franz Bakery. Specifically, she was questioned as to why she had not informed this officer of her change in employment. She was unable to provide an answer. She was in direct violation of standard condition number 6 by failing to report her change of employment.<br><br>On March 29, 2018, Ms. Rhodes was given a copy of her judgment and her conditions of supervision were explained to her. She reported she understood each condition.<br><br>Ms. Rhodes reported she had been struggling with past drug use and did not put herself in a good position to keep her employment. During a meeting on November 30, 2018, Ms. Rhodes reported to the U.S. Probation Office and disclosed she should have informed this officer sooner, in regard to the employment change. |

Prob12C
**Re: Rhodes, Tawny M**
**December 13, 2018**
Page 2

    2    **Special Condition #20:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence:** On December 10, 2018, Ms. Rhodes reported to the U.S. Probation Office and disclosed she had been using heroin daily. She specifically reported she had been using heroin between December 3 and 9, 2018. She signed a drug use admission form.

    On March 29, 2018, Ms. Rhodes was given a copy of her judgment and her conditions of supervision were explained to her. She reported she understood each condition.

    On December 10, 2018, Ms. Rhodes reported to the U.S. Probation Office. She was directed to supply a urine sample before she left the office. Ms. Rhodes reported it would be "dirty" and that she needed help to deal with her current addiction.

    3    **Special Condition #20:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence:** On December 10, 2018, Ms. Rhodes reported to the U.S. Probation Office and disclosed she had use methamphetamine on December 9, 2018. She signed a drug use admission form.

    On March 29, 2018, Ms. Rhodes was given a copy of her judgment and her conditions of supervision were explained to her. She reported she understood each condition.

    On December 10, 2018, Ms. Rhodes reported to the U.S. Probation Office. She was directed to supply a urine sample before she left the office. Ms. Rhodes reported it would be "dirty" and that she needed help to deal with her current addiction.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/13/2018

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

Prob12C
**Re: Rhodes, Tawny M**
**December 13, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____December 17, 2018_____
Date