PROB 12C
(6/16)

Report Date: January 31, 2020

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2020

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tawny M. Rhodes  Case Number: 0980 2:11CR00141-SMJ-1

Address of Offender:   Washington 99205

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 8, 2012

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(B)(I) | |
| Original Sentence: | Prison - 92 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Resentence:<br>(09/23/2015) | Prison- 84 months<br>TSR- 24 months | |
| Revocation Sentence:<br>(03/19/2019) | Prison: 8 months<br>TSR: 28 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: October 9, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: February 8, 2022 |

## PETITIONING THE COURT

To issue **a warrant**.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition# 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 31, 2020, Ms. Rhodes was in direct violation of special condition number 8 by using heroin.<br><br>On October 9, 2019, Ms. Rhodes was given a copy of her judgment and her conditions of supervision were explained to her. She signed her judgment stating she understood it in full. |

On January 31, 2020, the undersigned officer received information from a friend of Ms. Rhodes stating he had found her "overdosed" in her room. He reported he had not heard from Ms. Rhodes and decided to go to her clean and sober residence to check on her.

A roommate at the residence reported she was in her room. Ms. Rhodes' friend knocked on her door, but did not hear a response. The door was locked from the inside. He gained entry to the room and found her on the floor with a needle in her mouth. He reported she appeared to have overdosed. He immediately called 911 and Ms. Rhodes was taken to Sacred Heart Hospital.

The undersigned officer spoke with a nurse at Sacred Heart Hospital and she reported Ms. Rhodes was brought in on a suspected heroin overdose. She was currently in their emergency room.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/31/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/31/2020
Date