PROB 12C
(6/16)

Report Date:  July 9, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tawny M. Rhodes                   Case Number: 0980 2:11CR00141-SMJ-1

Address of Offender:                    Washington  99205

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 8, 2012

Original Offense:          Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance
                           Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(B)(I)

Original Sentence:         Prison - 92 months                Type of Supervision: Supervised Release
                           TSR - 60 months

Resentence:                Prison- 84 months
(09/23/2015)               TSR- 24 months

Revocation                 Prison: 8 months
Sentence:                  TSR: 28 months
(03/19/2019)

Asst. U.S. Attorney:       Earl A. Hicks              Date Supervision Commenced: October 9, 2019

Defense Attorney:          J. Houston Goddard         Date Supervision Expires: February 8, 2022

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On July 8, 2020, Ms. Rhodes was in direct violation of mandatory number 1 by being arrested and charged by the Spokane County Sheriffs Office with residential burglary, case number 2020-10088149.

The police report reflects that on July 8, 2020, at 8:04 p.m., officers were dispatched to a burglary in process. The primary officer arrived at the scene and witnessed Ms. Rhodes and another male exiting the residence in question. Ms. Rhodes was carrying a plastic tote and walking toward her vehicle.

Prob12C
**Re: Rhodes, Tawny M**
**July 9, 2020**
**Page 2**

A secondary officer reported on scene and observed Ms. Rhodes and a male standing near Ms. Rhodes' vehicle. The secondary officer directed Ms. Rhodes and the male to come over and talk to him. Both disregarded the command and Ms. Rhodes proceeded to enter into her vehicle.

The primary officer also witnessed Ms. Rhodes enter into her vehicle and began to drive toward Ms Rhodes. The officer reported that Ms. Rhodes had "spotted him" and attempted to leave the location before she could be contacted. The male suspect fled on foot while Ms. Rhodes began to drive off in her vehicle.

The primary officer activated their emergency lights and Ms. Rhodes' vehicle veered to the left as if it were trying to elude the officer. The officer veered to the left as well and was able to block Ms. Rhodes' vehicle. She was later detained.

Ms. Rhodes reported she met the male who had accompanied her that day and he requested she help him move some items out of his house. It should be noted that the male reported that Ms. Rhodes had requested he help her move belongings out of her residence.

The owner of the residence was questioned and did not recognize either Ms. Rhodes or the male individual. He did report that the house has continuous issues with people entering the premises without permission and stealing items from the house.

Based on the facts of the officer, it was determined that Ms. Rhodes had unlawfully remained in the residence to commit a crime. She was arrested for residential burglary, and is currently in the Spokane County Jail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     07/09/2020
_____

s/Joshua D. Schull
_____

Joshua D. Schull

U.S. Probation Officer

**Prob12C**
**Re: Rhodes, Tawny M**
**July 9, 2020**
**Page 3**

THE COURT ORDERS

[  ]    No Action

[ X ]    The Issuance of a Warrant

[  ]    The Issuance of a Summons

[  ]    Other

_____
Signature of Judicial Officer

_____7/09/2020_____
Date